1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| MIKRAE E. PRESTON,<br><br>        Plaintiff,<br><br>   v.<br><br>SB&C, LTD aka SKAGIT BONDED<br>COLLECTOR, L.L.C.,<br><br>        Defendant. | Case No. 2:24-cv-1589<br><br>**NOTICE OF REMOVAL OF ACTION<br>UNDER 28 U.S.C. § 1441(a)** |

16    PLEASE TAKE NOTICE THAT defendant SB&C, Ltd. aka Skagit Bonded Collectors,

17 LLC hereby removes to this Court the state court action described below.

18    1.    This is a civil action over which the Court has original jurisdiction under 28

19 U.S.C. § 1331, and which may be removed to this Court pursuant to 28 U.S.C. § 1441(a) and 28

20 U.S.C. § 1367, because it involves claims under the Fair Debt Collection Practices Act, 15

21 U.S.C. § 1692 *et seq.*, and transactionally related state law claims.

22    2.    Venue is proper in the Western District of Washington, Seattle Division, because

23 it is the district and division embracing the place where the state court action is pending (Skagit

24 County). *See* 28 U.S.C. §1441(a).

25    3.    Defendant SB&C Ltd. aka Skagit Bonded Collectors, LLC purportedly was

26 served with the Summons and Complaint on or about September 12, 2024, in the case entitled

Page 1 -  **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §
1441(a)**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: 503-323-9000
Facsimile: 503-323-9019

1   *Mikrae Preston v. SB&C, Ltd. aka Skagit Bonded Collector, L.L.C.*, in Washington Superior

2   Court, Skagit County.  Thus, this removal is timely.  A copy of the Summons and Complaint are

3   attached as Exhibit A.

4        4.      Defendant is unaware of any further proceedings that have occurred in the state

5   court action and, at the time this notice of removal was filed, the state court action does not

6   appear to have been filed yet (as noted, the summons and complaint purportedly were served).

7        5.      In filing this Notice of Removal, defendant does not waive any defenses or

8   claims, including (but not limited to) any defenses based on jurisdiction, service, or statute of

9   limitations.

10       DATED: October 2, 2024

11                                       COSGRAVE VERGEER KESTER LLP

12

13                                       *s/ Timothy J. Fransen*
                                         Timothy J. Fransen, WSBA No. 51110
14                                       tfransen@cosgravelaw.com
                                         Telephone: (503) 323-9000
15                                       Facsimile: (503) 323-9019

16                                       Attorneys for Defendant

17

18

19

20

21

22

23

24

25

26

Page 2 -  **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: 503-323-9000
Facsimile: 503-323-9019

1    **CERTIFICATE OF SERVICE**

2    I hereby certify that I served a true and correct copy of the foregoing **NOTICE OF**

3    **REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)** on the date indicated below by:

4    ☐    mail with postage prepaid, deposited in the US mail at Portland, Oregon,

5    ☐    hand delivery,

6    ☐    facsimile transmission,

7    ☐    overnight delivery,

8    ☒    electronic filing notification.

9    If served by facsimile transmission, attached to this certificate is the printed confirmation

10    of receipt of the documents generated by the transmitting machine.  I further certify that said

11    copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney

12    at the address listed below:

13    Amanda Nicole Martin
     Roblin John Williamson
14    Northwest Consumer Law Center
     936 N 34th St., Ste. 300
15    Seattle, WA 98103
     amanda@nwclc.org
16    roblin.john289@gmail.com

17    Samuel Robert Leonard
     Leonard Law, PLLC
18    9030 35th Ave. SW, Ste. 100
     Seattle, WA 98126
19    sam@seattledebtdefense.com
          Attorneys for Plaintiff

20
     DATED: October 2, 2024

21

22

23                                    *s/ Timothy J. Fransen*
                                     Timothy J. Fransen

24

25

26

Page 1 – **CERTIFICATE OF SERVICE**