

FILED
JUN 0 9 2025
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY          DEPUTY

FILED
SUPREME COURT
STATE OF WASHINGTON
6/5/2025
BY SARAH R. PENDLETON
CLERK

# THE SUPREME COURT OF WASHINGTON

| | | |
|---|---|---|
| MIKRAE E. PRESTON, | ) | No. 104182-9 |
| Plaintiff, | ) | **ORDER** |
| v. | ) | U.S. District Court Western District of Washington at Seattle |
| SB&C, LTD, | ) | No. 2:24-cv-01589-LK |
| Defendant. | ) | |

This case came before the Court on its June 4, 2025, En Banc Conference to consider the order to certify question to the Washington State Supreme Court entered on May 12, 2025, by the U.S. District Court Western District of Washington at Seattle. The Court unanimously voted to enter the following order:

Now, therefore, it is hereby

ORDERED:

That the Court accepts the federal certified question for consideration. The federal court's phrasing of the certified question does not restrict the Court's consideration of the issues involved

and the Court may reformulate the question as it sees fit. This case will be set for oral argument by the Clerk in due course.

DATED at Olympia, Washington this 5th day of June, 2025.

For the Court

*[signed] Stephens, C.J.*
CHIEF JUSTICE

WASHINGTON STATE SUPREME COURT
TEMPLE OF JUSTICE
PO BOX 40929
OLYMPIA WA 98504-0929



quadient
FIRST-CLASS MAIL
IMI
**$000.69** ⁰
06/05/2025 ZIP 98511
043M31257828

US POSTAGE

Ravi Subramanian, Clerk
700 Stewart Street, Suite 2310
Seattle, WA 98101



FILED
LODGED
RECEIVED

MAIL

JUN 09 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY